**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cr-01537-WJM

IN RE:

MORREALE HOTELS, LLC

     Debtor,

MORREALE HOTELS, LLC,

     Appellant,

v.

2011-SIP-1 CRE/CADC VENTURE, LLC and
UNITED STATES TRUSTEE,

     Appellees.

_____
_____

**ORDER GRANTING JOINT MOTION TO DISMISS**
_____

This matter comes before the Court on the parties' Joint Motion to Dismiss, filed

December 9, 2015 (ECF No. 50).  The Court being fully advised hereby ORDERS as

follows:

The Motion is GRANTED.  The above-captioned appeal shall be dismissed.

Dated this 9th day of December, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge